**Jonathan J. COON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 74738.**

Missouri Court of Appeals, Western District.

Nov. 27, 2012.

Ellen H. Flottman, for Appellant.

Karen L. Kramer, Jefferson City, for Respondent.

Before Division Three: ALOK AHUJA, Presiding Judge, VICTOR C. HOWARD, Judge and CYNTHIA L. MARTIN, Judge.

***ORDER***

PER CURIAM:

Jonathan James Coon appeals the motion court's dismissal of his Rule 24.035 motion as untimely filed. Coon contends the motion court erred in dismissing his Rule 24.035 motion as untimely filed because he pleaded factual allegations that demonstrate that he made a good faith effort to file a timely motion by "apparently giving it to prison authorities for mailing well on or before the due date."

The judgment is affirmed. Rule 84.16(b).